**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF TEXAS

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Integrity General Contractors, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **61-1813822** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **615 Six Flags Drive** <br> **Arlington, TX 76011** <br> Number, Street, City, State & ZIP Code | **PO Box 200036** <br> **Arlington, TX 76006** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Tarrant** <br> County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.integrity-gc.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

| Debtor | **Integrity General Contractors, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____2362____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

Debtor   **Integrity General Contractors, LLC**                                    Case number (*if known*)
_____
Name

| List all cases. If more than 1, attach a separate list | Debtor | **JOP3 Development, LLC** | Relationship | **Affiliate** |
|---|---|---|---|---|
| | District | **Northern District of TX** When **11/10/24** | Case number, if known | **24-33644** |

**11. Why is the case filed in *this district?***   *Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Integrity General Contractors, LLC** | Case number (*if known*) | |
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 10, 2024**
MM / DD / YYYY

**X** **/s/ Jon O. Pope**                                          **Jon O. Pope**
Signature of authorized representative of debtor                    Printed name

Title    **Managing Member**

---

**18. Signature of attorney**

**X** **/s/ John P. Lewis, Jr.**                          Date    **November 10, 2024**
Signature of attorney for debtor                                     MM / DD / YYYY

**John P. Lewis, Jr. 12294400**
Printed name

**Hayward PLLC**
Firm name

**10501 N. Central Expressway**
**Suite 106**
**Dallas, TX 75231**
Number, Street, City, State & ZIP Code

Contact phone    **972-755-7100**      Email address    **jplewis@haywardfirm.com**

**12294400 TX**
Bar number and State

BTXN 094 (rev. 5/04)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:                                §
                                      §
**Integrity General Contractors, LLC**       §        Case No.:
                                      §
                                      §
                 Debtor(s)            §
                                      §

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

    ■  is the first mail matrix in this case.

    ☐  adds entities not listed on previously filed mailing list(s).

    ☐  changes or corrects name(s) and address(es) on previously filed mailing list(s).

    ☐  deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date:  **November 10, 2024**                    **/s/ Jon O. Pope**
                                                **Jon O. Pope/Managing Member**
                                                Signer/Title

Date:  **November 10, 2024**                    **/s/ John P. Lewis, Jr.**
                                                Signature of Attorney
                                                **John P. Lewis, Jr. 12294400**
                                                **Hayward PLLC**
                                                **10501 N. Central Expressway**
                                                **Suite 106**
                                                **Dallas, TX 75231**
                                                **972-755-7100   Fax: 972-755-7110**

                                                **61-1813822**
                                                Debtor's Social Security/Tax ID No.


                                                Joint Debtor's Social Security/Tax ID No.

1 Solution Electrical Svcs LLC
2100 S. Great Southwest Pkwy
Suite 106
Grand Prairie, TX 75051


4c2 Electrical Associates
1621 W. Crosby Road
Suite 112
Carrollton, TX 75006


4c2 Industrial, LLC
1621 W. Crosby Road, #112
Carrollton, TX 75006


Advanced Painting LLC
9125 Lansburgh Ct
Indianapolis, IN 46234


AETNA
PO Box 67103
Harrisburg, PA 17106


Almet Inc.
300 Hartzell Road
New Haven, IN 46774


AMC Services, Inc.
1501 S. Loop 288
Suite 104, PMB 179
Denton, TX 76205


Architecture and Design Foundation
325 St. Paul
Suite 150
Dallas, TX 75201


Ariba, Inc.
3420 Hillview Ave.
Bldg 3
Palo Alto, CA 94304

Bam Outdoor
PO Box 609
Noblesville, IN 46061

Bamboo HR
42 Future Way
Draper, UT 84020

Barry Company, Inc.
1145 East Maryland Street
Indianapolis, IN 46202

BBC Pump and Equipment Co Inc
PO Box 22098
Indianapolis, IN 46222

BEC Solutions
3010 LBJ Freeway
12th Floor
Dallas, TX 75234

Benavides Fabrications
2317 Tracy's Ct
Alvarado, TX 76009

BrandSafway Industries, LLC
1325 Cobb International
Suite A-1
Kennesaw, GA 30152

Bright Sheet Metal Company Inc
4212 W. 71st Street
Indianapolis, IN 46268

Broad Ripple Lock Service, Inc.
2023 Broad Ripple Ave
Indianapolis, IN 46220

C.B. Walls, Inc.
3635 Bay Road North Drive
Indianapolis, IN 46240


C.E. Reeve Roofing, a TAC LLC
5421 W. 84th St.
Indianapolis, IN 46268


Capitol City Fence, Inc.
920 E. Ohio Street
Indianapolis, IN 46202


Casework Concepts, LLC
2712 Stanley Avenue
Indianapolis, IN 46203


Centerville Winsupply Co
875 Congress Park Dr
Dayton, OH 45459


Central Restaurant Products
PO Box 78070
Indianapolis, IN 46278


Chapa Services Co Inc
2014 Silver Street
Garland, TX 75042


Chew's Lawn Restoration
1015 S Indiana St
Greencastle, IN 46135


CNA Insurance
PO Box 74007619
Chicago, IL 60674

Commercial Storefront Windows
1800 Cypress Street
Building B
Ft. Worth, TX 76117


Cool Planet Awning company
340 S. Mitthoeffer Road
Indianapolis, IN 46226


Core Concrete Construction
1907 Crown Plaza Blvd
Plainfield, IN 46168


County Pre-Stress
6142 S. Indianapolis Rd
Whitestown, IN 46075


CT Excavating Inc
3392 CR 3110
Greenville, TX 75402


Dalmatian Fire
PO Box 1287
Fort Wayne, IN 46801


Dayton Glass Company
3167 Bisbee Street
Forest Hill, TX 76119


Dayton Windustrial Co
PO Box 1403
Dept 166
Dayton, OH 45401


Deltek+ComputerEase
PO Box 936989
Atlanta, GA 31193

Demolition Specialties, LP
1421 Perry Street
Irving, TX 75060


Eagle Industries
PO Box 10652
New Orleans, LA 70181


Eagle Mechanical Inc
920 Tomahawk Trail
Suite B
Indianapolis, IN 46214


Elite Pro Painting
383 Williams Ct
Avon, IN 46123


Engineering Systems, Inc
6521 Solution Center
Chicago, IL 60677


Faco LLC
8651 Castel Park Drive
Indianapolis, IN 46256


Ferguson Enterprises LLC #1480
PO Box 644054
Pittsburg, PA 15264


Firetrol Protection Systems In
10320 Markison
Dallas, TX 75238


G & J Services, Inc
911 Davis Rd
ELGIN, IL 60123

Garken Commercial Millwork, In
1791 Millard Drive, Suite B
Plano, TX 75074


Gaylor Electric
10405 Crosspoint Blvd
Indianapolis, IN 46256


GEOLAM
9 Shorncliffe Ave
Toronto, ON M4V159


Glenmark Construction Co. Inc.
951 Western Dr
Indianapolis, IN 46241


Goodall Distributors
11221 Gemini Lane
Dallas, TX 75229


Gottstein Corporation
39 Elm Road
Hazleton, PA 18202


Grand Appliance & TV
10101 E. US Hwy 36
Avon, IN 46123


Ground Penetrating Radar System
5217 Monroe Street
Suite A
Toledo, OH 43623


Gruma Corporation
c/o Nicole Williams
Thompson Coburn LLP
2100 Ross Ave, Suite 3200
Dallas, TX 75201

Guardian
PO Box 824404
Philadelphia, PA 19182


Hagerman Construction Corp
10315 Allisonville Road
Fishers, IN 46038


Hagerman Inc.
P.O. Box 11848-1848
Fort Wayne, IN 46861


Harmon Steel, Inc.
623 S. State Street
North Vernon, IN 47265


Harrell-Fish Incorporated
2010 W. Fountain Drive
Bloomington, IN 47402-1998


HCE Plumbing Contractors, LLC
107 Norma Gene
Fate, TX 75189


High Tech Quality Floor System
10813 Club Point Drive
Fishers, IN 46037


HKA Enterprises, Inc.
3458 Momentum Place
Chicago, IL 60689


Holmes Murphy & Associates
P O Box 8364
Des Moines, IA 50301

Hope Plumbing
1919 E. 52nd Street
Indianapolis, IN 46205


ICC Floors
7226 East 87th Street
Indianapolis, IN 46256


Indiana Concrete Cutting
701 S. Girls School Road
Suite B
Indianapolis, IN 46231


Indy Core, Inc.
2280 Cold Springs Rd.
Indianapolis, IN 46222


Indy Crush Brothers, LLC
11722 Allisonville Rd
Fishers, IN 46038


Ingersoll Rand
5456 West 78th Street
Marion, IN 46268


Interic Specialties, Inc.
P. O. Box 400
Sanger, TX 76266


Jacob Dietz, Inc
130 S Ewing St
Indianapolis, IN 46201


Johnson Controls Fire Protection
6600 Congress Ave
Boca Raton, FL 33487

Johnson Controls Inc
5757 N Green Bay Ave
Milwaukee, WI 53209

Johnson Equipment Company
4674 Olin Road
Dallas, TX 75244

KattenMuchinRosenman LLP
2900 K Street, NW
North Tower, St 200
Washington, DC 20007

Kemna Tile Inc.
2132 Cindy Lane
Dallas, TX 75229

Kleis Construction Inc
PO Box 1319
Greenwood, IN 46142

Koorsen Fire & Safety
2719 N. Arlington Ave
Indianapolis, IN 46218

L.C.R. Contractors, LLC
415 US Highway 80 East
Mesquite, TX 75150

LaForce, LLC
1060 W Mason St
Green Bay, WI 54303

Landworks Inc
3856 W. County Rd 500N
Danville, IN 46122

Lincoln National Life Ins
100 N Greens Street
Greensboro, NC 27401


MacAllistor Rentals
PO Box 78000
Detroit, MI 48278


Mancera Landscape
1426 Shawnee Rd
Indianapolis, IN 46260


Maravilla Construction LLC
1203 Lassen Lane
Mckinney, TX 75069


Martin-Tomlinson Roofing
4105 Cedar Lake
Dallas, TX 75227


Maverick Painting, Inc.
534 Savanna Hill Lane
Rockwall, TX 75032


MG Landscape & Irrigation
610 S Shortridge Road
Indianapolis, IN 46239


Mid-South Lunber Co of Georgia
PO Box 1185
Lithonia, GA 30058


Midwest Decorating
2121 Madison Avenue
Indianapolis, IN 46225

Midwest Specialties, LLC
259 S. Border Street
PO Box 28
Paragon, IN 46166


mindIT and Codes Medical Bill
PO Box 850102
Mesquite, TX 75185


MJ Concrete Solutions
PO Box 662
Plainfield, IN 46168


MJB Construction Solutions
191 N. 300 W
Blackfoot, ID 83221


Mueller Transportation
1600 West Phelps Street
Springfield, MO 65802


Naylor Commercial Interiors
13661 Jupiter Road, #301B
Dallas, TX 75238


NEFCO/Midwest Const. Supply
PO Box 1882
Bridgeport, CT 06601


Northern Light Locating & Ins.
8109 Network Drive
Plainfield, IN 46168


Online Freight Services
2275 Waters Dr
Saint Paul, MN 55120

ONSIP/Junction Networks
4387 West Swamp Rd
#284
Doylestown, PA 18902


Otis Elevator
One Farm Springs
Farmington, CT 06032


Otto's Parking Marking Company
2449 E. Main Street
Greenwood, IN 46143


Overhead Door of Ft. Worth
840 Southway Circle
Ft. Worth, TX 76115


Overhead Door of Indiannapolis
8811 Bash Street
Indianapolis, IN 46256


Patriot Engineering and Enviro
6150 E. 75th Street
Indianapolis, IN 46250


Payne Concrete
P. O. Box 1097
Midlothian, TX 76065


PDV Associates, Inc.
1490 Freedom Way
Cedar Hill, TX 75104


Penhall Company
PO Box 842911
Los Angeles, CA 90084

Pennington Commercial
2120 Hutton Drive
Suite 700
Carrollton, TX 75006


Phillips Electric & Associates
1020 W. Main
Arlington, TX 76013


PlanGrid, Inc
PO Box 1672
Carol Stream, IL 60132


Platinum Safety & Security
P. O. Box 2712
Red Oak, TX 75154


Plumbers Supply Co
PO Box 6149
Louisville, KY 40206


Precision Iron Fabrication LLC
11700 Preston Road
Suite 660-510
Dallas, TX 75230


Professionsl Concrete Cutting
14124 East State Road 46
Columbus, IN 47203


ProLectric
1117 W. Moccasin Drive
Pueblo, CO 81007


PSC Pressure Systems Comp, Inc
3300 Steeles Ave, West
#27
Concord, ON L4K2Y4

Quality Floor Contract, Inc.
1225 Tappan Circle
Carrollton, TX 75006


Rays Trash Service
Drawer 1
Clayton, IN 46118


Reel Pipe & Valve Co
914 N. Senate Ave
Indianapolis, IN 46202


Reinicke Athens Inc
PO Box 5340
Athens, GA 30604


Rieth-Riley Construction
3626 Elkhart Rd
Goshen, IN 46527


Robert Dietrick Company Inc.
P.O. Box 773010
Chicago, IL 60677


Robert Glass & Service
5167 E. 65th St.
Indianapolis, IN 46220


Robert Haines Company
2747 N. Emerson Avenue
Indianapolis, IN 46218


Runyon Equipment Rental
410 West Carmel Drive
Carmel, IN 46032

Rural King
7508 Beechwood Centre Rd
Suite 100
Avon, IN 46123


Sanchez Construction, Inc.
4204 NE 28th Street
Haltom City, TX 76117


Schindler Elevator Corporation
P. O. Box 70433
Chicago, IL 60673


Sealant Solution, Inc.
1079 W. Round Grove Road
Suite 300-246
Lewisville, TX 75067


Shelby Materials
10770 E. County Rd 300N
Clermont, IN 46234


Signs by Tomorrow
16200 S. Lincoln Highway
Plainfield, IN 60586


Solid Platforms, Inc
6610 Melton Rd
Portage, IN 46368


Spectrum Business
4145 S. Falkenburd Rd
Riverview, FL 33578


SSI Services
308 South State Avenue
Indianapolis, IN 46201

Stac Material Handling Inc
PO Box 30
Jasper, IN 47547


Standley Systems
PO Box 460
Chickasha, OK 73023


Stenson Landscape & Irrigation
P O Box 955
Lake Dallas, TX 75065


Stonhard
7 Esterbrook Lane
Cherry Hill, NJ 08003


Texas Coatings & Concrete Tech
200 Carnes Lane
Bangs, TX 76823


Texas Comptrollerof Public Acc
Dallas West Audit Office
2655 Villa Creek Drive, Suite
Dallas, TX 75234


The Cincinnati Insurance Company
PO Box 145620
Cincinnati, OH 45250


Thrive Internet Marketing
4600 Park Springs Blvd
St 100
Arlington, TX 76017


Trane
3600 Pammel Creek Road
La Crosse, WI 54601

Travelers Insurance
PO Box 9207
Des Moines, IA 50306


Underwood Machinery Transport
PO Box 997
Indianapolis, IN 46206


Unistrut International Corp
4205 Elizabeth Street
Wayne, MI 48184


Vercia Services Group, Inc
225 Washington Street, Ste 2B
Columbus, IN 47201


Visionline Corp dba EF, Inc
15255 Endeavour Drive
Noblesville, IN 46060


Voge Rohe PLLC
901 Main Street
Suite 610
Dallas, TX 75202


VS Engineering
4275 North High School Rd
Indianapolis, IN 46254


VTI Contracting, Inc.
831 Elston Dr
Shelbyville, IN 76176


Woodard Builders Supply
6419 Midway Rd
Fort Worth, TX 76117

Zinkan
1919 Case Parkway North
Twinsburg, OH 44087